**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **OLSON, JOHNATHAN & LAURIE OLSON**

Chapter 13 Case No.    **05-44826**
                       jointly administered

RECEIVED
10 JUL 28 AM 9:41
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| BERGSTROM HOME FURNISHING<br>25 NE 1ST AVE<br>PO BOX 98<br>BUFFALO, MN 55313 | 7 | $619.43 | $18.04 |

**TOTAL TO CLERK'S FUND**                               $18.04

__July 26, 2010__                    /s/ Kyle L Carlson
DATE                                 TRUSTEE